| | |
|---|---|
| WEIMIN CHEN, for himself, as Private Attorney General, and/or On Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>LAMPS PLUS, INC. and DOES 1-20, inclusive,<br><br>Defendant. | CASE NO. C19-119 MJP<br><br>STIPULATED ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The Court, having received the Parties' Stipulated Motion and Proposed Order to Extend Deadline for Plaintiff to Move for Class Certification (Dkt. No. 23), hereby GRANTS the Motion. The deadline for Plaintiff to file any Motion for Class Certification is now January 8, 2020.

STIPULATED ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated June 12, 2019.

*[signature]*
Marsha J. Pechman
United States District Judge