UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEIMIN CHEN, for Himself as a Private Attorney General, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LAMPS PLUS, INC., and DOES 1-20, inclusive, | Case No. 2:19-cv-00119-MJP<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO PROVIDE CLASS NOTICE SET IN ORDER OF FEBRUARY 25, 2020 [LCR 7(d)((1) & 10(g)]**<br><br>Note on Motion Calendar: March 12, 2020 |

## **STIPULATION**

Plaintiff Weimin Chen and Defendant Lamps Plus, Inc. ("Parties") by and through their undersigned counsel, stipulate and agree as follows:

1. On February 25, 2020, this Court entered its Order Granting Preliminary Approval of Class Settlement and Provisional Class Certification ("Preliminary Approval Order") and set certain deadlines related to the settlement (Dkt. No. 33 at 6:1-10);

2. The Preliminary Approval Order sets a deadline of March 26, 2020 as the last date for Defendant, through the Claims Administrator, to send initial email notice, mail notice, and start operating a settlement website;

STIPULATION AND ORDER TO EXTEND DEADLINE
FOR CLASS NOTICE - 1
Case No. 2:19-cv-00119-MJP
SMRH:4829-5451-7943.3

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100 FAX: 415.434.3947

3. A claims administrator has been engaged but, due to technical issues beyond the control of the Parties, the claims administrator does not believe that it can provide perform these services by March 26, 2020;

4. In light of this, the Parties request that that the deadline for the provision of notices and the operation of the settlement website be extended from March 26, 2020 to April 9, 2020; and

5. No other dates in the Court's Order of February 25, 2020 (Dkt. 33) are extended by this Stipulation; however, the Parties reserve the right to seek to extend additional deadlines set in the Order of February 25, 2020 as may be necessary depending on the date the class notice is distributed.

HATTIS & LUKACS

DATED: March 12, 2020

*/s/ Daniel M. Hattis*
Daniel M. Hattis, WSBA No. 50428
Attorneys for Plaintiff Weimin Chen

SHEPPARD MULLIN
RICHTER & HAMPTON LLP

DATED: March 12, 2020

*/s/ Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Attorneys for Defendant Lamps Plus, Inc.

STIPULATION AND ORDER TO EXTEND DEADLINE
FOR CLASS NOTICE - 2
Case No. 2:19-cv-00119-MJP
SMRH:4829-5451-7943.3

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100 FAX: 415.434.3947

# ORDER

Having considered the Stipulation set forth above, it is hereby ORDERED that the deadline for the provision of notices and the operation of the settlement website is hereby extended from March 26, 2020 to April 9, 2020. No other dates in the Court's Order of February 25, 2020 are extended by this Order.

SO ORDERED this 13th day of March, 2020.

_____
Marsha J. Pechman
United States District Judge

Presented by:

SHEPPARD MULLIN RICHTER & HAMPTON LLP

*/s/ Robert J. Guite*
Robert J. Guite, WSBA No. 25753

Attorneys for Defendant
Lamps Plus, Inc.

HATTIS & LUKACS

*/s/ Daniel M. Hattis*
Daniel M. Hattis, WSBA No. 50428

Attorneys for Plaintiff
Weimin Chen

STIPULATION AND ORDER TO EXTEND DEADLINE FOR CLASS NOTICE - 3
Case No. 2:19-cv-00119-MJP
SMRH:4829-5451-7943.3

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100 FAX: 415.434.3947

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the CM/ECF participants listed below and any non-CM/ECF participants will be served in accordance with the Federal Rules of Civil Procedure:

> Daniel M. Hattis
> dan@hattislaw.com
> HATTIS & LUKACS
> 400 108th Avenue, Suite 500
> Bellevue, WA 98004
> Tel: 425.233.8650
> Fax: 425.412.7171

Attorneys for Plaintiff Weimin Chen

Executed on the 12th day of March 2020, at San Francisco, California.

By:        */s/ Robert J. Guite*
       Robert J. Guite
       WSBA No. 25753
       Sheppard Mullin Richter & Hampton LLP
       4 Embarcadero Center, 17th Floor
       San Francisco, CA 94111
       Telephone: 415.434.9100
       Facsimile: 415.434.3947
       E-mail: rguite@sheppardmullin.com
       Attorney(s) for Lamps Plus, Inc.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR CLASS NOTICE - 4
Case No. 2:19-cv-00119-MJP
SMRH:4829-5451-7943.3

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100 Fax: 415.434.3947