THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEIMIN CHEN, for Himself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LAMPS PLUS, INC., and DOES 1-20, inclusive,<br><br>Defendants. | No. 2:19-cv-00119-MJP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS** |

ORDER GRANTING PLAINTIFF'S MOTION
FOR ATTORNEYS' FEES AND COSTS - 1
19-CV-00119-MJP

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

**ORDER**

WHEREAS, on April 27, 2020, Plaintiff Weimin Chen, individually and for all others similarly situated, filed Plaintiff's Motion For An Award Of Attorneys' Fees And Costs (the "Motion");

WHEREAS, Defendant Lamps Plus, Inc., has not filed an Opposition to the Motion;

WHEREAS, the Court has independently reviewed the Motion along with the supporting declaration setting forth Plaintiff's Counsel's time and expenses incurred in connection with this Action[1];

NOW, THEREFORE, THIS COURT ORDERS, FINDS, AND RULES THAT:

1. Plaintiff's Motion is GRANTED.

2. Pursuant to Federal Rule of Civil Procedure 23(h), and relevant Washington State and Ninth Circuit authority, the Court awards Plaintiff's Counsel Three Hundred Thousand Dollars (USD$300,000) as an award of reasonable attorneys' fees, costs, and expenses to be paid in accordance with the Settlement Agreement, and the Court FINDS this amount of fees, costs, and expenses to be fair and reasonable. The Court ORDERS Defendant Lamps Plus, Inc., to pay Plaintiff's Counsel the sum of Three Hundred Thousand Dollars (USD$300,000) in the time and manner specified by Section 2.2.5 of the Settlement Agreement.

3. The Court GRANTS Plaintiff's Counsel's request for an incentive award of Five Thousand Dollars (USD$5,000) to Plaintiff Weimin Chen. The Court FINDS this payment to be justified by Plaintiff's service to the Settlement Class. The Court ORDERS Defendant Lamps Plus, Inc., to pay Plaintiff Weimin Chen Five Thousand Dollars (USD$5,000) in the time and manner specified by Section 2.2.4 of the Settlement Agreement.

---

[1] Unless otherwise indicated, all capitalized terms herein have the same definitions as those set forth in the Settlement Agreement and Release ("Settlement Agreement") (Dkt. 31-1).

ORDER GRANTING PLAINTIFF'S MOTION
FOR ATTORNEYS' FEES AND COSTS - 2
19-CV-00119-MJP

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

IT IS SO ORDERED.

Marsha J. Pechman
United States District Judge

Dated this 19th day of May, 2020

Presented by:

HATTIS & LUKACS

By: */s/ Daniel Hattis*
Daniel M. Hattis, WSBA No. 50428
dan@hattislaw.com
Che Corrington, WSBA No. 54241
che@hattislaw.com

Hattis & Lukacs
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
Phone 425.233.8628
Fax 425.412.7171

Attorneys for Plaintiff Weimin Chen
And the Proposed Class

ORDER GRANTING PLAINTIFF'S MOTION
FOR ATTORNEYS' FEES AND COSTS - 3
19-CV-00119-MJP

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com